**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6915**

UNITED STATES OF AMERICA,

           Plaintiff - Appellee,

     v.

MICHAEL CHRISTOPHER CORPENING, a/k/a Michael Lewis
Corpening, a/k/a Mike Boggie,

           Defendant - Appellant.

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.  Richard L.
Voorhees, District Judge. (5:03-cr-00037-RLV-DCK-7)

Submitted: November 2, 2012      Decided: November 7, 2012

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Christopher Corpening, Appellant Pro Se.  Amy Elizabeth
Ray, Assistant United States Attorney, Asheville, North
Carolina, Gretchen C. F. Shappert, UNITED STATES DEPARTMENT OF
JUSTICE, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Christopher Corpening appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for sentence reduction based on Amendment 750 to the Sentencing Guidelines. Our review of the record demonstrates that Amendment 750 did not alter Corpening's Guidelines range. <u>See</u> <u>United States v. Munn</u>, 595 F.3d 183, 187 (4th Cir. 2010). Accordingly, we affirm the district court's order. <u>See</u> <u>United States v. Corpening</u>, No. 5:03-cr-00037-RLV-DCK-7 (W.D.N.C. May 10, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

<u>AFFIRMED</u>